L & R REALTY ET AL. *v.* CONNECTICUT
NATIONAL BANK

CONNECTICUT NATIONAL BANK *v.*
L & R REALTY ET AL.

The petition for certification by Connecticut National
Bank for appeal from the Appellate Court, 46 Conn.
App. 432 (AC 14969) and 46 Conn. App. 443 (AC 16092),
is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a
party seeking to enforce a jury trial waiver clause in a
commercial contract must establish, by an evidentiary
hearing, that the waiver was made knowingly, volunta-
rily and intelligently?"

The Supreme Court docket number is SC 15796.

*Ann M. Siczewicz,* in support of the petition.

*Robert G. Skelton,* in opposition.

Decided October 16, 1997

MAUREEN BAXTER, EXECUTRIX (ESTATE OF MARY
GREENE COVE) *v.* CARDIOLOGY ASSOCIATES OF
NEW HAVEN, P.C., ET AL.

The named defendant and the defendant Arthur Selt-
zer's petition for certification for appeal from the Appel-
late Court, 46 Conn. App. 377 (AC 14999), is denied.

BORDEN, NORCOTT and KATZ, Js., did not partici-
pate in the consideration or decision of this petition.

*John R. McGrail* and *Barbara E. Crowley,* in support
of the petition.

*Ernest F. Teitell, Mario DiNatale* and *Jonathan L.
Mannina,* in opposition.

Decided October 16, 1997